IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RONALD BRINSON,**

    Plaintiff,

    v.                                Civil Action No. 7:12-cv-47 (HL)

**ABBOTT LABORATORIES,**

    Defendant.

### ORDER

Before the Court is Defendant's Motion for Leave to Depose Plaintiff (Doc. 24). It appears to the Court that Plaintiff Ronald Brinson is currently in the process of negotiating with counsel about potential representation in this case, and the Court is under the impression that this negotiation will be resolved by the first of the year. If the Plaintiff is to be deposed, it is preferable that the deposition take place in the presence of Mr. Brinson's attorney, if Mr. Brinson is able to secure one. Thus, the Motion is denied with the suggestion that Defendant renew the Motion after the first of the year when the issue of representation is settled.

**SO ORDERED,** this 29th day of November, 2012.

                                              *s/ Hugh Lawson*
                                              HUGH LAWSON, SENIOR JUDGE

ebr