IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RONALD A. BRINSON,

          Plaintiff,

v.

ABBOTT LABORATORIES,

          Defendant.

Civil Action No. 7:12-cv-47 (HL)

**ORDER**

Before the court is Plaintiff Ronald A. Brinson's Motion for Appointment of Counsel (Doc. 15). In his Motion, Plaintiff argues that his case warrants the appointment of an attorney because of the sophisticated nature of Defendant Abbott Laboratories.

"A plaintiff in a civil case has no constitutional right to counsel." Bass v. Perrin, 170 F.3d 1312, 1320 (11th Cir. 1999). It is within the court's discretion to appoint counsel for civil plaintiffs unable to retain an attorney on their own, but appointment is appropriate "only in exceptional circumstances." Id. These exceptional circumstances exist "where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." Fowler v. Jones, 899 F.2d 1088, 1096 (11th Cir. 1990).

The Court requested and received the pro bono services of attorney C. Andrew Childers who investigated the merits of Plaintiff's case and who

thereafter declined to represent Plaintiff. Based on this investigation, the Court will not appoint counsel for Plaintiff.

With Mr. Childers' investigation concluded, the case will proceed. Discovery will be reopened so that the parties may conduct any discovery necessary. Discovery will now end on Tuesday, March 5, 2013. All motions to join other parties or otherwise amend the pleadings shall be filed on Thursday, April 4, or thirty days after the expiration of discovery. Dispositive motions will be due on Friday, April 19, 2013, or forty-five days after the expiration of discovery.

**SO ORDERED**, this 22nd day of January, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr